UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CRAIVEN L. BENJAMIN** | **CASE NO.  3:24-CV-00993** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TRANSPORT RISK SOLUTIONS RISK RETENTION GROUP INC., ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

J U D G M E N T

The Report and Recommendation (ECF No. 58) of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim [doc. #21] filed by Defendants KLLM Transport Services, LLC, KLLM Driving Academy, Inc., and Hinds Community College and the Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim [doc. #24] filed by Defendant Dentavious L. Brown are **GRANTED IN PART and DENIED IN PART**.  Plaintiff Craiven L. Benjamin's Title VII of the Civil Rights Act of 1964 claims against all Defendants are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction [doc. #52] filed by Defendant Dentavious L. Brown is **GRANTED IN PART and DENIED IN PART**,

and the case is **DISMISSED WITHOUT PREJUDICE**, for lack of subject matter jurisdiction. **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Craiven L. Benjamin's remaining state law claims be **DISMISSED WITHOUT PREJUDICE**.

In Chambers, at Monroe, Louisiana, on this 14th day of August, 2025.

                                            TERRY A. DOUGHTY
                                            UNITED STATES DISTRICT JUDGE